State of Wisconsin **Affidavit of Process Server** County of

☐ Milwaukee
☐ Waukesha
☐ Washington
☐ Ozaukee
☐ Racine
☐ _____

Check here if: _____ DWD or _____ USDC _____ Dist. of _____

Court/Appearance Date _____ Case Number 16-cv-1560

Conrad D Cottingham Jr vs City of Racine, et al

I the undersigned, am an adult resident of the state and not a party to the action. I hereby, certify that on 12-2- , 20 16 at 9:05 a.m./p.m., I duly served or attempted to serve, (see non service section)

NAME City of Racine (City Clerk)

(✓) DEFENDANT ( ) PETITIONER
( ) GARNISHEE DEFENDANT ( ) RESPONDENT ( ) OTHER ATTEMPT DATES _____ _____
( ) PLAINTIFF ( ) WITNESS

by serving Nicole Lawler  Customer Service Specialist Authorized to Accept for City Clerk at
             Name                       Title

Home _____ Wisconsin
Business  730 Washington Ave Room 103       Racine   Wisconsin

**Manner of Service:**

☐ Personally serving said individual so named. (Not to be used for substitution of service)

(✓) Corporate Service: by leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof.

☐ Substitution of service: After diligent search and inquiry, having made _____ attempts by leaving true & correct copies of the above documents with a competent member of the family over the age of 14, and informed that person of the contents thereof. (See other attempt dates.)

☐ By posting copies in a conspicuous manner to the address of the person/entity being served. (Use only for evictions.)

☐ Copies of the documents were mailed by prepaid, first class mail on: (For eviction only) _____ _____
                                                                                Date             From

**Non-Service:** after due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

( ) Unknown at address    ( ) Moved no forwarding    ( ) Refuses to cooperate in acceptance
( ) Address does not exist  ( ) Evading                   ( ) Service cancelled by litigant
( ) Not home three attempts ( ) Unable to serve in a timely fashion ( ) Search was conducted, whereabouts unknown

**Type of Documents:**
( ) SUMMONS & COMPLAINT              ( ) ORDER TO SHOW CAUSE & AFFIDAVIT
(✓) AUTHENTICATED SUMMONS & COMPLAINT  ( ) GARNISHEE SUMMONS & COMPLAINT EARNINGS – NON EARNINGS
( ) EVICTION: SUMMONS & COMPLAINT      ( ) SUBPOENA – SUBPENA DUCES TECUM
( ) NOTICE OF MOTION & MOTION           ( ) SUMMONS AND PETITION
( ) CONFERENCE ORDER                    ( ) NOTICE OF/TERMINATION TENANCY/PAY OR QUIT
( ) OTHER: _____       ( ) WRITTEN INTERROGATORIES & REQUEST FOR PRODUCTION OF DOCUMENTS.

At the time of Service, I did place upon it the date, time, manner and my name, leaving a true and correct copy thereof, and that the server knew the person so served to be the defendant (or other) mentioned and named therein.

NUMBER OF ATTEMPTS _____   NUMBER OF ADDRESSES ATTEMPTED (if more than one) _____
SERVICE FEE   $ 48.50                WITNESS FEE   $ _____
GARNISHEE FEE $ _____              SEARCH FEE    $ _____
MAILING FEE   $ _____              MILEAGE       $ _____

Server's Name  Patrick Doyle              Servicer's Signature _____
           (print)

Subscribed and sworn to before me
this 10 day of Dec , 20 16

_____
NOTARY PUBLIC, State of Wisconsin
My Commission Expires  12-3-17

Accurate Process Service, LLC
P.O. Box 1414 (mailing address)
Milwaukee, Wisconsin 53201-1414
(414) 423-4341