State of Wisconsin **Affidavit of Process Server** County of

☐ Milwaukee
☐ Waukesha
☐ Washington
☐ Ozaukee
☐ Racine
☐ _____

Check here if: _____ DWD or _____ USDC _____ Dist. of _____

Court/Appearance Date _____  Case Number 16-cv-1560

Conrad D Cottingham Jr  vs  City of Racine, et al

I the undersigned, am an adult resident of the state and not a party to the action. I hereby, certify that on 12-5-___, 20 16 at 10:05 a.m./p.m.
I duly served/or attempted to serve, (see non service section)

NAME Jerome D King

(✗) DEFENDANT           ( ) PETITIONER
( ) GARNISHEE DEFENDANT ( ) RESPONDENT  ( ) OTHER ATTEMPT DATES _____ _____
( ) PLAINTIFF           ( ) WITNESS

by serving Jerome D King _____ at
             Name                                    Title

Home _____ Wisconsin
Business 730 Center Street (Racine Police Department Lobby)  Racine  Wisconsin

**Manner of Service:**

(✗) Personally serving said individual so named. (Not to be used for substitution of service)

( ) Corporate Service: by leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof.

( ) Substitution of service: After diligent search and inquiry, having made _____ attempts by leaving true & correct copies of the above documents with a competent member of the family over the age of 14, and informed that person of the contents thereof. (See other attempt dates.)

( ) By posting copies in a conspicuous manner to the address of the person/entity being served. (Use only for evictions.)

( ) Copies of the documents were mailed by prepaid, first class mail on: (For eviction only) _____ _____
                                                                              Date          From

**Non-Service:** after due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

( ) Unknown at address      ( ) Moved no forwarding       ( ) Refuses to cooperate in acceptance
( ) Address does not exist  ( ) Evading                   ( ) Service cancelled by litigant
( ) Not home three attempts ( ) Unable to serve in a timely fashion  ( ) Search was conducted, whereabouts unknown

**Type of Documents:**
( ) SUMMONS & COMPLAINT              ( ) ORDER TO SHOW CAUSE & AFFIDAVIT
(✗) AUTHENTICATED SUMMONS & COMPLAINT ( ) GARNISHEE SUMMONS & COMPLAINT EARNINGS – NON EARNINGS
( ) EVICTION: SUMMONS & COMPLAINT    ( ) SUBPOENA – SUBPENA DUCES TECUM
( ) NOTICE OF MOTION & MOTION        ( ) SUMMONS AND PETITION
( ) CONFERENCE ORDER                 ( ) NOTICE OF/TERMINATION TENANCY/PAY OR QUIT
( ) OTHER: _____ ( ) WRITTEN INTERROGATORIES & REQUEST FOR PRODUCTION OF DOCUMENTS.

At the time of Service, I did place upon it the date, time, manner and my name, leaving a true and correct copy thereof, and that the server knew the person so served to be the defendant (or other) mentioned and named therein.

NUMBER OF ATTEMPTS _____  NUMBER OF ADDRESSES ATTEMPTED (if more than one) _____
SERVICE FEE   $ 48.50          WITNESS FEE  $ _____
GARNISHEE FEE $ _____     SEARCH FEE   $ _____
MAILING FEE   $ _____     MILEAGE      $ _____
Server's Name Patrick Doyle              Servicer's Signature _____
              (print)

Subscribed and sworn to before me
this 10 day of Dec, 20 15

_____
NOTARY PUBLIC, State of Wisconsin
My Commission Expires 12-3-17

Accurate Process Service, LLC
P.O. Box 1414 (mailing address)
Milwaukee, Wisconsin 53201-1414
(414) 423-4341