# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CONRAD D. COTTINGHAM, JR., a minor, by his legal and general guardians, Conrad D. Cottingham, Sr. and Tyronza Cottingham,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br><br>CITY OF RACINE, RACINE UNIFIED SCHOOL DISTRICT, BRINELLE A. NABORS, and JEROME D. KING,<br><br>　　　　　　　　　　Defendants. | Case No. 16-CV-1560-JPS<br><br><br><br>**ORDER** |

　　　　On May 18, 2017, the plaintiff and defendant Racine Unified School District filed a joint stipulation of dismissal, with prejudice and without costs assessed to any party, as to defendant Racine Unified School District. (Docket #42). The Court herewith adopts that stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

　　　　Accordingly,

　　　　**IT IS ORDERED** that the parties' stipulation of dismissal (Docket #42) be and the same is hereby **ADOPTED**; defendant Racine Unified School District be and the same is hereby **DISMISSED** from this action **with prejudice and without costs to any party**; and

　　　　**IT IS FURTHER ORDERED** that defendant Racine Unified School District's motion for judgment on the pleadings (Docket #39) be and the same is hereby **DENIED as moot.**

Dated at Milwaukee, Wisconsin, this 19th day of May, 2017.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge