# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

**CONRAD D. COTTINGHAM, JR., a minor,**
**by his legal and general guardians, Conrad D.**
**Cottingham, Sr. and Tyronza Cottingham,**

    Plaintiff,

v.                                                                         **Case No. 16-cv-1560**

**CITY OF RACINE, et al.,**

    Defendants

## STIPULATION OF DISMISSAL

Plaintiff Conrad D. Cottingham, Jr., a minor, by his legal and general guardians, Conrad D. Cottingham, Sr. and Tyronza Cottingham; and Defendants City of Racine, Brinelle A. Nabors, and Jerome D. King, by their respective undersigned counsel, hereby stipulate and agree that this action shall be dismissed with prejudice and without costs or fees to any party

Dated this 26th day of January, 2018.

                                         **AMY F. SCARR, S.C.**

                                         **By:** s/Amy F. Scarr
                                         **Amy F. Scarr**, State Bar No. 1016179
                                         Attorney for the Plaintiff
                                         23 N. Pinckney St., Suite 310
                                         Madison, WI 53703
                                         Telephone: 608-255-6610

Fax: 608-255-6710
Email: attorneyamyscarr@gmail.com

**GUNTA LAW OFFICES, S.C.**

**By:** /s Gregg J. Gunta
**Gregg J. Gunta**, State Bar No. 1004322
Attorney for the Defendants
9898 W. Bluemound Rd., Suite 2
Wauwatosa, WI  53226
Telephone: 414-291-7979
Fax: 414-291-7960
Email: gjg@guntalaw.com